Case 2:15-cr-00094-MCE   Document 7   Filed 04/30/15   Page 1 of 5

1  BENJAMIN B. WAGNER
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America

**FILED**

APR 3 0 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GLENN NATHAN LITTON, <br> aka Glenn Nathan Williams, <br><br> Defendant. | CASE NO. 2:15-CR-0094 MCE <br><br> 18 U.S.C. § 1542 – False Statement in Application and Use of Passport; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. § 982(a)(6)(A)(ii)(II) – Criminal Forfeiture |

## I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 1542 – False Statement in Application and Use of Passport]

The Grand Jury charges: T H A T

GLENN NATHAN LITTON,
aka Glenn Nathan Williams,

defendant herein, on or about November 19, 2014, in the County of Sacramento, State and Eastern District of California, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use and the use of another person the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant provided a name with the initials "M.N.," provided a date of birth in 1972, and provided a Social Security number ending in 4085, each of which he knew to be false, in violation of Title 18, United States Code, Section 1542.

INDICTMENT                                         1

COUNT TWO: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

The Grand Jury further charges: T H A T

GLENN NATHAN LITTON,
aka Glenn Nathan Williams,

defendant herein, on or about November 19, 2014, in the County of Sacramento, State and Eastern District of California, did knowingly possess and use, without lawful authority, a means of identification of another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, a False Statement in the Application and Use of a United States Passport as charged in Count One herein, all in violation of Title 18, United States Code, Section 1028A(a)(1).

FORFEITURE ALLEGATION:   [18 U.S.C. §§ 982(a)(6)(A)(ii)(II) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Counts One of this Indictment, defendant GLENN LITTON shall forfeit to the United States pursuant to Title 18, United States Code, Sections 982(a)(6)(A)(ii)(II), any property, real or personal, that is used that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the defendant is convicted, including but not limited to:

    a. A sum of money equal to the amount of proceeds obtained directly or indirectly, as a result of the offenses, for which defendant is convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Count One of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

///
///
///

1  it is the intent of the United States, pursuant to 18 U.S.C. § 982(a)(6)(A), incorporating 21 U.S.C.
2  § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property
3  subject to forfeiture.

4                                                        A TRUE BILL.

6                                                        /s/ Signature on file w/AUSA
                                                         _____
                                                         FOREPERSON

8  BENJAMIN B. WAGNER
9  United States Attorney

No. _____

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

GLENN NATHAN LITTON

### I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. § 1542 – False Statement in Application and Use of Passport; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. § 982(a)(6)(A)(ii)(II) – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA
_____
*Foreman.*

*Filed in open court this* __30__ *day*

*of* __April__, A.D. 20__15__

_____
*Clerk.*

*Bail, $* **NO PROCESS NECESSARY**
_____

GPO 863 525

<u>United States v. Glenn Litton</u>
**Penalties for Indictment**

**Defendant**
**Glenn Nathan Litton, aka Glenn Nathan Williams**

| | |
|---|---|
| **COUNT 1:** | **Glenn Nathan Litton, aka Glenn Nathan Williams** |
| VIOLATION: | 18 U.S.C. § 1542- False Statement in Application or Use of U.S. Passport |
| PENALTIES: | A maximum of 10 years imprisonment, $250,000 fine, Or both fine and imprisonment, Up to three years supervised release |

SPECIAL ASSESSMENT: $100 (mandatory for each count)

| | |
|---|---|
| **COUNT 2:** | **Glenn Nathan Litton, aka Glenn Nathan Williams** |
| VIOLATION: | 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft |
| PENALTIES: | Mandatory 2 year term of imprisonment (consecutive) |

SPECIAL ASSESSMENT: $100 (mandatory for each count)

**FORFEITURE ALLEGATION:**   **Glenn Nathan Litton, aka Glenn Nathan Williams**

VIOLATION:

PENALTIES:     As stated in the charging document