1  BENJAMIN B. WAGNER
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:15-CR-00094 MCE
12 |                  Plaintiff,      |
13 |        v.                        | STIPULATION AND [~~PROPOSED~~]
                                        PROTECTIVE ORDER BETWEEN
14 | GLENN NATHAN LITTON,             | THE UNITED STATES AND GLENN
       aka Glenn Nathan Williams       NATHAN LITTON
15 |
16 |                  Defendants.     |

17                        **STIPULATION**

18     WHEREAS, the discovery in this case contains a large amount of personal information

19 including but not limited to Social Security numbers, dates of birth, drivers license numbers, bank

20 account numbers, telephone numbers and residential addresses ("Protected Information"); and

21     WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

22 unauthorized disclosure or dissemination of this information to anyone not a party to the court

23 proceedings in this matter, Plaintiff United States of America, by and through its counsel of record,

24 and defendant GLENN NATHAN LITTON, aka GLENN NATHAN WILLIAMS, by and through

25 his counsel of record, hereby stipulate as follows:

26     1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

27 Criminal Procedure, and its general supervisory authority.

28

2.     This Stipulation and Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.     Defense counsel shall not disclose any of the discovery to any person other than his attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the representation of the defendant in connection to this criminal case.  Defense Counsel may permit the defendant or witnesses that he/she is interviewing or preparing for trial to view unredacted documents in the presence of defense counsel, defense investigators and support staff.  The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant or any witness to copy or otherwise retain Protected Information contained in the discovery.

4.     The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Upon request of the government, defense counsel will return the discovery or certify that it has been shredded at the conclusion of the case and defense counsel's document retention obligations.

5.     In the event that the defendant obtains substitute counsel, undersigned defense counsel agrees to withhold the discovery from new counsel unless and until substituted counsel agrees to be bound by this order.

6.     Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

8.     If defense counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph three, defense counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

**Remainder of Page Intentionally Left Blank**

Stipulation and [~~Proposed~~] Protective
Order 2:15-CR-00094 MCE

9. Defense counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

DATED: June 1, 2015

/s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

DATED: June 1, 2015

/s/ David Harshaw
DAVID HARSHAW
Counsel for Defendant GLENN LITTON

**O R D E R**

IT IS SO FOUND AND ORDERED this 1st day of June, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE