HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
GLENN NATHAN LITTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-00094 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| GLENN NATHAN LITTON, | Date: June 18, 2015<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Shelley Weger, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Glenn Litton, that the status conference scheduled for June 18, 2015 be vacated and be continued to July 16, 2015 at 9:00 a.m.

This continuance is requested because the government recently produced approximately 1,000 pages of electronic discovery, and Defense counsel needs additional time to review this discovery.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including July 16, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 15, 2015              Respectfully submitted,

                                                               HEATHER E. WILLIAMS
                                                               Federal Defender

                                                               */s/ Sean Riordan*
                                                               SEAN RIORDAN
                                                               Assistant Federal Defender
                                                               Attorney for Glenn Nathan Litton

DATED: June 15, 2015              BENJAMIN B. WAGNER
                                                               United States Attorney

                                                               */s/ Sean Riordan for*
                                                               SHELLEY WEGER
                                                               Assistant U.S. Attorney
                                                               Attorney for Plaintiff

**ORDER**

      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. It is further ordered the June 18, 2015 status conference shall be continued until July 16, 2015, at 9:00 a.m.

      IT IS SO ORDERED.

Dated:  June 17, 2015

                                                               MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                               UNITED STATES DISTRICT COURT