HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
GLENN NATHAN LITTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-cr-00094 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) ) | |
| GLENN NATHAN LITTON, | ) ) | Date: July 16, 2015 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Shelley Weger, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Glenn Litton, that the status conference scheduled for July 16, 2015 be vacated and be continued to August 13, 2015 at 9:00 a.m.

This continuance is requested so that Defense counsel can conduct further investigation and obtain records from third-parties that may be relevant to the Defendant's defense. Furthermore, Defense counsel requires additional time to review the 1,000 plus pages of discovery produced to date, confer with his client about that discovery, and to discuss potential resolution of the case.

//

//

//

1  Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2  excluded as of this order's date through and including August 13, 2015;  pursuant to 18 U.S.C.
3  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
4  based upon continuity of counsel and defense preparation.

5  DATED: July 13, 2015                    Respectfully submitted,

6                                          HEATHER E. WILLIAMS
7                                          Federal Defender

8                                          /s/ Sean Riordan
                                           SEAN RIORDAN
9                                          Assistant Federal Defender
                                           Attorney for Glenn Nathan Litton
10

11
    DATED: July 13, 2015                   BENJAMIN B. WAGNER
12                                         United States Attorney

13                                         /s/ Sean Riordan for
                                           SHELLEY WEGER
14                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
15

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. **It is further ordered** the July 16, 2015 status conference is continued until August 13, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT